

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| McDAVID KNEE GUARD, INC., an Illinois corporation, and STIRLING MOULDINGS LIMITED, an English corporation, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ADIDAS SALES, INC. an Oregon corporation, | ) ) ) |
| Defendant. | ) ) |

Civil Action No :

09cv1185   O9cu 1185
JUDGE NORGLE
MAG. JUDGE ASHMAN

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiffs, McDavid Knee Guard, Inc. ("McDavid") and Stirling Mouldings Limited ("Stirling"), complain against Defendant Adidas Sales, Inc. ("Adidas") as follows:

1.  McDavid is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in Woodridge, Illinois.

2.  Stirling is a corporation registered in England, with its principle place of business in Accrington, Great Britain.

3.  McDavid and Stirling entered into a license agreement dated June 30, 2005. In the license agreement, Stirling granted to McDavid an exclusive license to certain intellectual property, including Patent No. 6,743,325, for McDavid to make, have made, use, sell, offer for sale, lease, import, distribute and otherwise dispose of licensed products within the Sporting Goods Field of Use.

4.      Adidas is a corporation incorporated under the laws of the State of Oregon, with its principal place of business at 5055 N. Greeley Avenue, Portland, Oregon 97217. Adidas is registered to do business in Oregon, and named as its agent DWT Oregon Corp., 1300 SW Fifth Avenue Suite 2300, Portland, Oregon 97201.

5.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 271 *et seq*.

6.      The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has personal jurisdiction over Adidas.

<u>COUNT I</u>

<u>INFRINGEMENT OF PATENT NO. 6,743,325</u>

8.      The allegations of paragraphs 1-7 are incorporated as though fully set forth herein.

9.      On June 1, 2004, U.S. Patent No. 6,743,325 ("the '325 Patent") entitled "*Flexible Material*" was duly and legally issued to Stirling, on an application filed by David Stirling Taylor. A copy of the '325 Patent is attached as Exhibit A.

10.     Stirling is the owner of all right, title and interest in the '325 Patent. McDavid is the exclusive licensee in the Field of Use.

11.     Adidas has been, and is willfully infringing, directly and/or equivalently, the '325 Patent by importing into the United States, and by offering to sell, selling, and/or using within the United States, foam padded compression shorts, sold under the mark "TECHFIT," which are made in China by the process patented by the '325 Patent. Unless enjoined by the Court, Adidas will continue to infringe the '325 Patent.

12.     Adidas's acts of infringement have injured and damaged McDavid and Stirling.

13.     Adidas's infringement has caused irreparable injury to McDavid and Stirling and will continue to cause irreparable injury until Adidas is enjoined from further infringement by the Court.

**PRAYER FOR RELIEF**

WHEREFORE, McDavid and Stirling pray for:

1.     Judgment that the '325 Patent is valid, enforceable and infringed by Adidas;

2.     A preliminary and permanent injunction enjoining Adidas, its officers, directors, agents, employees, servants, attorneys, licensees, successors, assigns, customers, and those persons acting in active concert or participation with Adidas from infringing, inducing infringement of, or contributorily infringing the '325 Patent;

3.     An award of damages arising out of infringement by Adidas of the '325 Patent, together with interest;

4.     Judgment that the damages so adjudged be trebled;

5.     A judgment that McDavid and Stirling be awarded their reasonable attorneys' fees, costs and expenses incurred in this action; and

6.     Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

McDavid and Stirling demand trial by jury of all issues triable of right by a jury.

Date: February 24, 2009

Karl R. Fink
John F. Flannery
Paul B. Henkelmann
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

*Attorneys for McDavid Knee Guard, Inc.*
*and Stirling Mouldings Limited*