IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McDAVID KNEE GUARD, INC., an Illinois corporation, and STIRLING MOULDINGS LIMITED, an English corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ADIDAS SALES, INC., an Oregon corporation, <br><br> Defendant. | Civil Action No. 09 CV 1185 <br><br> Judge Charles R. Norgle, Sr. <br><br> Magistrate Judge Ashman |

## AGREED ORDER OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the parties have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement, having an effective date of June 1, 2010 ("June 1, 2010 Agreement"), and, as part of such agreement, have consented to the termination of this cause in accordance with the entry of this Order.

NOW THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of and the parties to this action, and venue is properly laid in this district.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the parties and the subject matter hereto for the purposes of interpreting and enforcing the June 1, 2010 Agreement.

3. All claims and counterclaims that have been or could have been brought in this action by McDavid Knee Guard, Inc. and/or Stirling Mouldings Limited are dismissed with prejudice.

4. All claims and counterclaims as to non-infringement that have been or could have been brought in this action by adidas Sales, Inc. are dismissed with prejudice, and all claims and counterclaims as to invalidity that have been or could have been brought in this action are dismissed without prejudice.

5. Each of the parties hereto shall bear its own costs and attorneys' fees incurred in this action.

ORDERED this 2 day of June, 2010.

---
UNITED STATES DISTRICT COURT JUDGE
CHARLES R. NORGLE, SR.

AGREED AND CONSENTED TO:

McDAVID KNEE GUARD, INC. and
STIRLING MOULDINGS LIMITED

Date JUNE 1, 2010

By _____
PAUL HENKELMANN
FITCH, EVEN, TABIN & FLANNERY

ADIDAS SALES, INC.

Date June 1, 2010

By _____
GEOFFREY K. GAVIN
KILPATRICK STOCKTON LLP

AGREED ORDER OF DISMISSAL                              Page 2 of 2